**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Demir Zoroglu and Tuzin G. Zoroglu, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> Wells Fargo Bank, NA; First American ) <br> Title Insurance Company, ) <br> ) <br> Defendants. ) <br> ) | No. CV-12-156-PHX-GMS <br><br> **ORDER** |

Pending before the Court is Plaintiffs' Motion for Reconsideration. (Doc. 9). Plaintiffs had sought a Temporary Restraining Order ("TRO") preventing a scheduled Trustee's sale of their property, which the Court had previously denied. (Doc. 7). The Court requested responses from Defendants to the Motion for Reconsideration, and in responding, Defendant Wells Fargo Bank noted that the Trustee's sale had been cancelled on February 2, and included a Notice of Trustee's sale with its response. (Doc. 14, Ex. C).[1] Since the sale has been cancelled, the motion for a TRO is moot, and the Motion for Reconsideration is denied.

---

[1] The Court takes judicial notice of the Cancellation because it contains "matters of public record outside the pleadings." *Mack v. S. Bay Beer Distribs., Inc.*, 798 F.2d 1279, 1282 (9th Cir. 1986), *overruled on other grounds by Astoria Fed. Sav. & Loan Ass'n. v. Solimino*, 501 U.S. 104 (1991).

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion for Reconsideration (Doc. 9) is **denied**.

DATED this 7th day of February, 2012.

*A. Murray Snow*
G. Murray Snow
United States District Judge